IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | NO: CR 06-5220-FDB |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER ON STIPULATED |
| | ) | MOTION FOR SUBSTITUTION |
| **Sergio Cisneros-Alvarez,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter having come on regularly before the court on the Stipulated Motion for Order of Substitution filed by the parties herein, RICHARD A. SMITH of *Smith Law Firm* on behalf of Defendant, Sergio Cisneros-Alvarez, and Linda R. Sullivan, substituted counsel, and the parties having agreed and stipulated to the matter before the Court,

**IT IS HEREBY ORDERED** that the Stipulated Motion for Order of Substitution is hereby GRANTED. Richard A. Smith is hereby substituted as counsel for Defendant**,** Sergio Cisneros-Alvarez**.**

**DONE** this 11th day of April, 2006.

                                                          U.S. Dist. Court/Western Dist. of WA

                                                          _s/ Karen L. Strombom___
                                                          **Hon. Karen L. Strombom,**
                                                          U.S. Magistrate Judge

Presented by: *Smith Law Firm*

   /s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA  98901
Telephone   :  (509) 457-5108
Facsimile    :  (509) 452-4601
E-Mail        :  rasmith@house314.com

**PROPOSED ORDER ON STIPULATED
MOTION FOR SUBSTITUTION        1**

*/s/   Telephonic Authorization*
LINDA R SULLIVAN
Fed. Public Defender's Office (Tacoma)
1331 Broadway, Ste.  400
Tacoma, WA 98402
Telephone   :   (253) 593-6710
Facsimile    :   (253) 593-6714
E-mail        :   linda_sullivan@fd.org

**PROPOSED ORDER ON STIPULATED**
**MOTION FOR SUBSTITUTION       2**