Hon. Franklin D. Burgess

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO:   CR 06-5220FDB |
| | ) |
| v. | ) ORDER |
| | ) ON DEFENDANT'S MOTION FOR |
| | ) EXTENSION OF TIME TO FILE |
| Sergio Cisneros-Alvarez, | ) DEFENDANT'S PRETRIAL MOTIONS |
| | ) |
| Defendant. | ) |

Before the Court is Defendant's Motion for Extension of Time to File PreTrial Motions. The motion was heard without oral argument. The Government does not object to an extension of time. Accordingly, **IT IS HEREBY ORDERED:**

Defendant's Motion for Extension of Time to File PreTrial Motions is **GRANTED**. All pretrial motions shall be filed on or before May 18, 2006.

**DONE IN OPEN COURT**  this 9th day of May, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


Presented by: *Smith Law Firm*

  */s/ Richard A. Smith*
RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA  98901
Telephone   :   (509) 457-5108
Facsimile      :   (509) 452-4601
E-Mail           :   rasmith@house314.com