UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

SERGIO CISNEROS-ALVAREZ,

　　　　Defendant.

Case No. CR06-5220FDB

ORDER DENYING TRIAL CONTINUANCE

　　　　On April 14, 2006, when the Trial and Pretrial dates in this matter were set, no objections were made to the Court. Counsel now, by stipulation request a continuance of those dates owing to trial in another court and other matters making both counsel unavailable for the current trial date. Defense counsel should have advised the Court of the problems he had with the trial date at the time it was originally set. Accordingly, the Court declines to sign the proposed order on stipulated motion to continue trial date [Dkts. # 22.], and a continuance of the trial and pretrial dates currently set is DENIED. SO ORDERED.

　　　　DATED this 19th day of May, 2006.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1