Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 06-5220FDB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | GRANTING UNOPPOSED |
| ) | MOTION TO EXTEND TIME |
| SERGIO CISNEROS-ALVAREZ, ) | FOR FILING OF |
| ) | GOVERNMENT'S OPPOSITION |
| Defendant. ) | TO PRETRIAL MOTIONS |
| ) | |

After consideration of the Government's unopposed motion to extend time for the filing of the Government's opposition to pretrial motions,

IT IS HEREBY ORDERED that the motion is GRANTED, and the

//
//
//
//
//
//
//
//

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
(Cisneros-Alvarez, CR 06-5220FDB) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 | Government's deadline for filing the oppositions is extended until July 13, 2006.

2

3 | DATED this 28th day of June, 2006.

4

5

6

7 | FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

8

9 | Presented by:

10

11

12 | JOHN McKAY
United States Attorney

13

14

15 | s/ Michael Dion
MICHAEL DION

16 | Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
(Cisneros-Alvarez, CR 06-5220FDB) - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970