Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>SERGIO CISNEROS-ALVAREZ,<br><br>            Defendant. | NO. CR06-5220FDB<br><br>ORDER<br>CONTINUING TRIAL<br>DATE AND EVIDENTIARY<br>HEARING DATE |

Upon the unopposed request of Defendant to continue the trial and evidentiary hearing due date in the above-captioned case, and based upon the facts set forth in subparagraphs II.B.(1)-(4) of the Government's Response Regarding the Continuance of the Trial and Evidentiary Hearing, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 23, 2006. The period of delay resulting from this continuance from August 28, 2006, up to and including the new trial date of October 23, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(Cisneros-Alvarez, CR06-5220FDB) - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that the pretrial conference is reset for October 13, 2006, and the evidentiary hearing on Defendant's pretrial motions will be rescheduled under separate Order of the Court.

DATED this 1st day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(Cisneros-Alvarez, CR06-5220FDB) - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800